

**ORDERED in the Southern District of Florida on February 12, 2024.**

_____
Robert A. Mark, Judge
United States Bankruptcy Court
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In re:   Jaime Cadavid | Case No.: 23-16959-RAM |
| | Chapter 13 |
| _____Debtor(s)_____ / | |

### ORDER SUSTAINING OBJECTION TO CLAIM OF LVNV FUNDING, LLC RESURGENT CAPITAL SERVICES

THIS MATTER having come to be heard without objection on the consent calendar on December 12, 2023, upon Debtor's Objection to Claim of LVNV Funding, LLC Resurgent Capital Services; claim #1, 2, 3, 13 ("Objection") [ECF#34] and based on the record, IT IS;

ORDERED AND ADJUDGED:

1. The Objection is SUSTAINED.

2. The claims are stricken and disallowed.

# # #

Respectfully Submitted:
Jose A. Blanco | 062449
**JOSE A. BLANCO, P.A.**
102 E 49th ST
Hialeah, FL 33013
Tel:    (305) 349-3463
Fax:    (786) 567-5057
E-Mail: jose@blancopa.com

The Law Office of Jose A. Blanco, P.A., is hereby directed to mail a conformed copy of this order to all affected parties and file a certificate of service.